# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUE M. HUERTA, | Case No. CV 13-4358-JEM |
| Petitioner, | |
| v. | **JUDGMENT** |
| G.D. LEWIS, | |
| Respondent. | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: August 14, 2014            */s/ John E. McDermott*
                                               JOHN E. MCDERMOTT
                                      UNITED STATES MAGISTRATE JUDGE